# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFERY MILES

NO. 2024 KW 0058

**APRIL 4, 2024**

---

In Re: Jeffery Miles, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 45032.

---

**BEFORE: WELCH, WOLFE, AND STROMBERG, JJ.**

   **WRIT DENIED.**

JEW
EW
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT